Nash, C. J.
 

 This case is essentially different from
 
 Nixon
 
 v.
 
 Lindsay, ante
 
 230, decided at this term. That was a bill to equalise a partition made by distributees. The negroes Avere divided into lots, intended to be equal. In that assigned to the plaintiff, was one known to be sick, but her sick
 
 *252
 
 ness was not considered to be dangerous. In a short time she diecb from, an incurable disease, which she had at the time of the partition, though unknown to the parties; and the plaintiff prayed for contribution from the other distributees, which was granted by the Court. The case now before us is to call the defendant to an account, as one of the executors of Joseph Armstrong. The plaintiffs, together with the defendant, Leathers, were co-executors. By his will, the testator made a 'large bequest of slaves to his widow, during her life. Among them was one by the name of Jacob, who, together with the other property bequeathed to the widow, was, after her death, sold by the executors as part of the estate. The defendant, Leathers, with the consent of all interested, purchased the negro, Jacob, at the price of §725, took him into possession, and made sundry payments amounting in the whole to^ $168. In about sixteen months Jacob died, and the defendant refused to pay anything more, upon the allegation, that at the time of the sale and purchase, the negro was unsound with a mortal disease which subsequently put an end to his life. No fraud is alleged. This defense presents the case of a purchaser refusing to pay for a slave he has purchased, without any allegation of fraud, or taking any warranty, but merely on the ground that he was unsound at the time of the sale, and that unknown to the vendor. Equity takes care of those who take care of themselves. In a parol sale of personal property there is no implied warranty of soundness, and the defendant ought to have taken a written conveyance with a covenant of soundness. lie has not done so, and must account for the price of Jacob, deducting the jiayment made by him.
 

 Pise Cueiaii. Decree accordingly.